UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ERNESTO MACKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN M. MOORE, et al,<br><br>    Defendant. | Case No.: 1:21-cv-01080-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>(Doc. 2)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE COALINGA STATE HOSPITAL** |

Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by 1915(a), and accordingly, the request to proceed *in forma pauperis* is GRANTED. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. Coalinga State Hospital is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. 1915(b)(2).

In accordance with the above and good cause appearing therefore, the Court **ORDERS**:

1. Plaintiff's application to proceed *in forma pauperis* is **GRANTED.**
2. **Coalinga State Hospital shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's**

**income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Coalinga State Hospital at 24511 W. Jayne Avenue, Coalinga, CA 93210.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. **Within 60 days** of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **July 23, 2021**                       _ **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE